THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0012-JCC |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL GUZMAN-LOPEZ, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to accelerate his sentencing hearing (Dkt. No. 18). On February 3, 2020, Defendant pleaded guilty to one count of illegal reentry after deportation in violation of 8 U.S.C. § 1326 and the Court scheduled a sentencing hearing for April 21, 2020. (*See* Dkt. Nos. 14, 16.) Defendant requests an acceleration of his sentencing hearing to March 3, 2020, given the Government's agreement to recommend a sentence of time served. (*See* Dkt. Nos. 16 at 6, 18 at 1–2.) Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. Defendant's sentencing hearing is hereby set for March 3, 2020, at 9:00 a.m.

//
//
//
//

1     DATED this 6th day of February 2020.

2

3

4

                                          John C. Coughenour
                                          UNITED STATES DISTRICT JUDGE